**No. 11-6629. In re David Webb, Petitioner.**

565 U.S. 1056, 132 S. Ct. 777, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8432.

November 28, 2011. Petition for writ of mandamus denied.

**No. 11-7086. In re Tiayon Kardell Evans, Petitioner.**

565 U.S. 1056, 132 S. Ct. 793, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8322.

November 28, 2011. Petition for writ of mandamus denied.

**No. 11-383. In re John J. Sigg, Petitioner.**

565 U.S. 1056, 132 S. Ct. 772, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8422.

November 28, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 11-6461. In re William DiGianni, Petitioner.**

565 U.S. 1056, 132 S. Ct. 767, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8312.

November 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 11-6957. In re Hattie L. King, Petitioner.**

565 U.S. 1056, 132 S. Ct. 785, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8457.

November 28, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 11-7108. In re Edgar J. Steele, Petitioner.**

565 U.S. 1056, 132 S. Ct. 794, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8430.

November 28, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 10-1217. Richard A. Van Auken, Trustee, Petitioner v. Peter F. Wirth, et al.**

565 U.S. 1074, 132 S. Ct. 799, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8331.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 815, 132 S. Ct. 93, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 6931.

**No. 10-1325. Richard A. Van Auken, Beneficiary, Petitioner v. Peter F. Wirth, et al.**

565 U.S. 1074, 132 S. Ct. 799, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8424.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 815, 132 S. Ct. 93, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 6607.

**No. 10-1336. Michael A. Carroll, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 1074, 132 S. Ct. 799, 181 L. Ed. 2d 510, 2011 U.S. LEXIS 8386.

November 28, 2011. Petition for rehearing denied.